IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD LOUIS GUAY,<br><br>Defendant. | CR 17–114–BLG–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Dismiss Revocation Petition. (Doc. 103.) Through the Motion, the United States requests that the Court dismiss the pending revocation petition (Doc. 92) and vacate the final revocation hearing scheduled for July 30, 2024. (Doc. 103 at 1.) Defendant does not oppose. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the Motion (Doc. 103) is GRANTED. The pending Petition for Warrant or Summons (Doc. 92) is DISMISSED and the July 30, 2024, final revocation hearing is VACATED.

IT IS FURTHER ORDERED that Defendant is to remain on supervised release subject to the conditions of supervision previously imposed.

DATED this 24th day of July, 2024.

Dana L. Christensen, District Judge
United States District Court

1